BENNETT *v.* BOONE.

VENDOR AND PURCHASER—STATUTORY FORECLOSURE—INJUNCTION—
PLEADING—EQUITY.

Bill to restrain and invalidate restitution proceedings on fore-
closure of a land contract was properly dismissed, where record
discloses no irregularity in the statutory proceedings is alleged,
no appeal taken, period of redemption had expired before bill
was filed, and no facts alleged justifying equitable relief (CL
1948 and CLS 1956, § 630.12 *et seq.*).

REFERENCES FOR POINTS IN HEADNOTES
55 Am Jur, Vendor and Purchaser §§ 453 *et seq.,* 529 *et seq.*

Appeal from Ingham; Hughes (Sam Street), J. submitted April 14, 1961. (Docket No. 81, Calendar No. 49,004.) Decided April 26, 1961.

Bill by Lawrence E. Bennett and Bernadine M. Bennett against Donald Boone to restrain and invalidate restitution proceedings on foreclosure of land contract. Bill dismissed on motion. Plaintiffs appeal. Affirmed.

*H. Donald Bruce,* for plaintiffs.

*Peter J. Treleaven,* for defendant.

EDWARDS, J. This is an appeal from an Ingham county circuit judge's dismissal on motion of a chancery suit. Plaintiffs' bill of complaint sought to restrain proceedings under, and to hold invalid, a judgment of restitution previously issued in a statutory proceeding before a circuit court commissioner.

This record discloses (1) that no irregularity in the statutory proceedings is alleged (see CL 1948 and CLS 1956, § 630.12 *et seq.,* as amended [Stat Ann and Stat Ann 1959 Cum Supp § 27.1986 *et seq.*]) ; (2) that no appeal was taken; and (3) that the redemption period expired prior to the filing of the bill of complaint.

This bill of complaint alleges no facts which would justify equitable relief within the holdings in *Bilandzija* v. *Shilts,* 334 Mich 421, and *Grist* v. *Carlton,* 360 Mich 237, relied upon by appellants.

Dismissal was called for under the rule of *Crugher* v. *Braun,* 322 Mich 707.

Affirmed. Costs to appellee.

DETHMERS, C. J., and CARR, KELLY, SMITH, BLACK, KAVANAGH, and SOURIS, JJ., concurred.